UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DISCOVER GROWTH FUND II, LLC,<br><br>                Plaintiff,<br><br>- vs –<br><br>THEODORE ELLENIS, ROBERT MIRAGLIOTTA, JAMES MCCARTHY, SCOTT HOSPES, LACARYA SCOTT, JASON BODNICK, HARRY CHARNLEY, SCOTT CHILSON, JEMAL BEALE, CRAIG BARTLETT, BRAY BARNES, PETER MCGUIRE, MICHAEL J. BARRIE, BENESCH FRIEDLANDER COPLAN & ARONOFF LLP, FOX ROTHSCHILD LLP and MARCUM LLC,<br><br>                Defendants. | Civil Action No. 25-cv-2048<br><br>**NOTICE OF APPEARANCE** |

The undersigned hereby appears as counsel of record for Plaintiff Discover Growth Fund II, LLC.

_____
Kelly A. Zampino, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
t: 201-441-9056
e: kzampino@hdrbb.com

*Attorneys for Plaintiff*
*Discover Growth Fund II, LLC*

Dated: May 21, 2025