## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DISCOVER GROWTH FUND II, LLC,<br><br>    Plaintiff,<br><br>- vs –<br><br>THEODORE ELLENIS, ROBERT MIRAGLIOTTA, JAMES MCCARTHY, SCOTT HOSPES, LACARYA SCOTT, JASON BODNICK, HARRY CHARNLEY, SCOTT CHILSON, JEMAL BEALE, CRAIG BARTLETT, BRAY BARNES, PETER MCGUIRE, MICHAEL J. BARRIE, BENESCH FRIEDLANDER COPLAN & ARONOFF LLP, FOX ROTHSCHILD LLP and MARCUM LLC,<br><br>    Defendants. | Civil Action No. 25-cv-2048<br><br>**NOTICE OF APPEARANCE** |

  The undersigned hereby appears as counsel of record for Plaintiff Discover Growth Fund II, LLC.

               *Joseph W. Torre*
               Joseph W. Torre, Esq.
               **HARTMANN DOHERTY ROSA**
               **BERMAN & BULBULIA LLP**
               433 Hackensack Avenue, Suite 1002
               Hackensack, New Jersey 07601
               t: 201-441-9056
               e: jtorre@hdrbb.com

               *Attorneys for Plaintiff*
               *Discover Growth Fund II, LLC*

Dated: May 21, 2025