UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------X
: 
DISCOVER GROWTH FUND II, :
LLC, :
: 
: Civil Action No. 2:25-cv-02048
Plaintiff, :
: 
v. : **NOTICE OF APPEARANCE**
: 
THEODORE ELLENIS, :
MUNICIPAL VENDOR SERVICES, :
INC., GOVERNMENT FINANCE & :
SERVICES, INC., CELERAFI :
CORP., ROBERT MIRAGLIOTTA, :
JAMES MCCARTHY, SCOTT :
HOSPES, LACARYA SCOTT, :
JASON BODNICK, HARRY :
CHARNLEY, SCOTT CHILSON, :
JEMAL BEALE, CRAIG :
BARTLETT, BRAY BARNES, :
PETER MCGUIRE, MICHAEL J. :
BARRIE, BENESCH :
FRIEDLANDER COPLAN & :
ARONOFF LLP, FOX :
ROTHSCHILD LLP and MARCUM :
LLP (n/k/a CBIZ), :
: 
Defendants. :
------------------------------------------------X

The undersigned hereby appears as counsel of record for Defendant Fox Rothschild, LLP.

#95309238.1

| | |
|---|---|
| Dated: May 29, 2025 | WILENTZ, GOLDMAN & SPITZER, P.A. |
| | By: */s/ Brian J. Molloy* |
| | Brian J. Molloy, Esq. |
| | 90 Woodbridge Center Drive |
| | Suite 900, Box 10 |
| | Woodbridge, New Jersey 07095 |
| | Telephone: (732) 855-6083 |
| | bmolloy@wilentz.com |
| | *Attorneys for Defendant Fox Rothschild LLP* |

#95309238.1                                2